\*\* **E-filed March 21, 2011** \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LORENZO GRACIDA,<br><br>      Plaintiff,<br>  v.<br><br>EMC MORTGAGE CORP., et al.,<br><br>      Defendants.<br>_____/ | No. C11-00751 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

This civil case was randomly assigned to this Court for all purposes including trial. On February 28, 2011, pursuant to this District's Civil Local Rule 73-1, this Court instructed all parties to file either (1) a Consent to Proceed before a United States Magistrate Judge or (2) a Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge, no later than March 15, 2011. Docket No. 6. Since no party has done so, this Court ORDERS the Clerk of the Court to reassign this case to a district court judge. All current dates and deadlines are VACATED.

**IT IS SO ORDERED.**

Dated: March 21, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C11-00751 HRL Notice will be electronically mailed to:**

| | |
|---|---|
| Christopher James Donewald | cdonewald@alvaradosmith.com, crosas@alvaradosmith.com, mault@alvaradosmith.com |
| John M. Sorich | jsorich@adorno.com |
| Lauro Nick Pacheco, Jr | lauro@nickpachecolaw.com, ramon@nickpachecolaw.com |
| Sung-Min Christopher Yoo | cyoo@alvaradosmith.com, jyoung@alvaradosmith.com, mault@alvaradosmith.com, vdelgado@alvaradosmith.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**