Nick Pacheco, Esq. (SBN 173391)
**NICK PACHECO LAW GROUP, APC**
15501 San Fernando Mission Blvd., Suite 110
Mission Hills, CA 91345
Telephone: (888)-888-8641
Facsimile:  (800)-210-0028
File No.: 12551

Attorney for Plaintiff
**Lorenzo Gracida**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNA, SAN JOSE DIVISION

| | |
|---|---|
| **LORENZO GRACIDA**, an individual,<br><br>   Plaintiff,<br><br>   vs.<br><br>**EMC MORTGAGE CORPORATION**, a Delaware Corporation; **NATIONAL DEFAULT SERVICING CORPORATION,** an Arizona corporation; **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., aka MERS,** a Delaware corporation; **COMMUNITY LENDING SERVICES, INC.,** a suspended California corporation and **DOES 1 through 100 Inclusive.**<br><br>   Defendants. | Case No.:  11-CV-00751- LHK<br><br>[~~PROPOSED~~] ORDER FOR  VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)<br><br>**Action Filed:** January 19, 2011 |

///

///

///

---

1

**[~~PROPOSED~~] ORDER FOR  VOLUNTARY DISMISSAL WITHOUT
PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**

THIS MATTER came before the Court to be considered. The Court accepts the request and finds that the case should be dismissed.

IT IS THEREFORE ORDERED the case be dismissed without prejudice.

Dated: March 22, 2011

*Lucy H. Koh*

Honorable Lucy H. Koh
United States District Judge

2
**[PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**